1  DAVID J. WINTERTON & ASSOC., LTD.
   DAVID J. WINTERTON, ESQ.
2  Nevada Bar No. 004142
   TENNILLE K. PEREIRA, ESQ.
3  Nevada Bar No. 12467
   1140 N. Town Center Drive, Suite 120
4  Las Vegas, Nevada 89144
   (702) 363-0317
5
   Attorneys for Debtors
6

7
                    UNITED STATES BANKRUPTCY COURT
8
                         DISTRICT OF NEVADA
9

10  IN RE                          )
                                   )   CASE NO. BK-S-12-19780-BAM
11  BRAFFITS CREEK ESTATES, LLC.   )   Chapter 11
                                   )
12                                 )
                                   )
        Debtor                     )   Date: April 30, 2012
13  _____    )   Time:  10:00 a.m.

14                         **STATUS REPORT**

15      COMES NOW, BRAFFITS CREEK ESTATES, LLC., (hereinafter "Debtor") by and

16  through their counsel of the law firm of David J. Winterton & Assoc., Ltd., hereby files this

17  Status Report.

18      The Debtor's Managing Member, James Fales has been communicating with the new

19  purchaser of the interests of the primary note holder.  The note holder is in a bankruptcy

20  proceeding in Chicago.  The purchaser has provided a copy of an executed agreement to purchase

21  the note through the bankruptcy proceedings.  The motion to approve the purchase agreement is

22  still pending, however the initial earnest money has already been transferred.  It is expected that

23  the motion to approve the purchase will take an additional forty-five days.  The purchaser of the

24  note desires to work with the Debtor in getting the property fully developed.  As of now, it is

25  only partially developed.

26      The Debtor's Managing Member, James Fales has been communicating with a potential

27  investor that may provide funding for the development.  Once the purchase of the note is

28  complete, based on the cost of restructuring and development a motion for financing will be filed

1  in order to support a plan of reorganization.  If the motion to approve the financing is approved,

2  there will be funds to support the costs of reorganization and move forward with the

3  development.

4  The Debtor has already begun to formulate a plan of reorganization based upon the above

5  stated facts.  The Debtor expects to have a disclosure statement and plan of reorganization filed

6  with forty-five days of the approval of the purchase of the note.

7  DATED this 26th day of April, 2013.

8  DAVID J. WINTERTON & ASSOC., LTD.

9

10  By:   /s/ Tennille K. Pereira
        DAVID J. WINTERTON, ESQ.
        Nevada Bar No. 004142
11      TENNILLE K. PEREIRA, ESQ.
        Nevada Bar No. 12467
12      1140 N. Town Center Drive, Suite 120
        Las Vegas, Nevada 89144
13      Attorneys for Debtor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28